FILED
3/16/2022 DB
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MILES COOPERMAN | Case No. **22cr146**<br><br>Violations: Title 18, United States Code, Section 922(o) and Title 26 United States Code, Section 5861(d)<br><br>**Judge Sharon Johnson Coleman**<br>**Magistrate Judge Gabriel A. Fuentes** |

### COUNT ONE

The SPECIAL APRIL 2021 GRAND JURY charges:

Beginning no later than April 12, 2019, and continuing through on or about April 16, 2019, at Highland Park, in the Northern District of Illinois, Eastern Division, and elsewhere,

MILES COOPERMAN,

defendant herein, did knowingly possess a silencer, as that term is defined in Title 26, United States Code, Section 5845(a)(7), namely two silencers transferred to the custody of the Bureau of Alcohol, Tobacco, Firearms and Explosives on April 12, 2019, and one part designed or redesigned for use in assembling or fabricating a silencer transferred to the custody of the ATF on April 16, 2019, which silencer was not then registered to him in the National Firearms Registration and Transfer Record;

In violation of Title 26, United States Code, Section 5861(d).

## COUNT TWO

The SPECIAL APRIL 2021 GRAND JURY charges:

On or about April 12, 2019, at Chicago, in the Northern District of Illinois, Eastern Division,

MILES COOPERMAN,

defendant herein, did knowingly possess a machinegun, as defined in 26 U.S.C. § 5845(b), namely two Glock Conversion Devices, also known as "Glock switches," transferred to the custody of the Bureau of Alcohol, Tobacco, Firearms, and Explosives on April 12, 2019;

In violation of Title 18, United States Code, Section 922(o).

## FORFEITURE ALLEGATION

The SPECIAL APRIL 2021 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 26, United States Code, Section 5861(d) as set forth in Count One of this Indictment, defendant shall forfeit to the United States of America any prohibited item defined under Section 5845(b) involved in and used in the offense of conviction, as provided in Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c).

2. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(o), as set forth in Count Two of this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

3. The property to be forfeited includes, but is not limited to, two Glock Conversion Devices and two silencers transferred to ATF custody on April 12, 2019, and one part designed or redesigned for use in assembling or fabricating a silencer transferred to the custody of the ATF custody on April 16, 2019.

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Scott Edenfield on behalf of the
UNITED STATES ATTORNEY